UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL ACTION NO. 23-78-DLB-EBA

ALLEN WILEY                                                                               PLAINTIFF

v.                                                  <u>**ORDER**</u>

DAVID GREEN, ET AL.                                         DEFENDANTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court upon the Report and Recommendation (R&R) of United States Magistrate Edward B. Atkins (Doc. # 58) wherein he recommends that Defendants' Motion for Summary Judgement (Doc. # 47) be granted. Plaintiff has not filed objections to the R&R and the time for doing so has expired.

The Court has reviewed the R&R and concludes that it is sound in all respects, and it will be **adopted** as the **Opinion** of the Court.

Accordingly, **IT IS ORDERED** as follows:

(1) The Report and Recommendation of the United States Magistrate Judge (Doc. # 58) is **ADOPTED** as the Opinion of the Court;

(2) Defendants' Motion for Summary Judgement (Doc. # 47) is **GRANTED** for the reasons set forth in the R&R;

(3) Plaintiff's Complaint (Doc. # 1) is **DISMISSED WITH PREJUDICE**; and

(4) A **JUDGMENT** in favor of the Defendants shall be filed contemporaneously herewith.

1

This 4th day of September, 2024.



L:\DATA\ORDERS\Ashland Civil\2023\23-110 Order Adopting RR.docx